# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ZUNIGA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-01151-DAD-BAM<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF Nos. 9, 14)<br><br>THIRTY DAY DEADLINE |

The Court conducted a settlement conference in this action before the undersigned on November 2, 2021, at which the parties reached a settlement agreement. (ECF Nos. 9, 14.)

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:   **November 2, 2021**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1